| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) ROSEN, GERALD E | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 5/9/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date 11/9/1989  ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address ROOM 802 Theodre Levin Cthse 231 W. LAFAYETTE DETROIT, MICHIGAN 48226-2799 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Federal Judges Association, Washington, D.C. |
| 2. Board of Directors | Focus:HOPE, Detroit, Michigan |
| 3. Board of Advisors | George Washington University Law School, Washington, D.C. |
| 4. Board Of Directors | Wayne County Mediation Tribunal, Detroit, Michigan |
| 5. Board of Directors | Wayne State University Law School |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | The Rutter Group - Publication Agreement dated November 1995. Royalties to be shared by authors in an amount to be determined upon publication. |
| 2. 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |

RECEIVED MAY 16 1 54 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/03 | Adjunct Professor at Wayne State Law School - compensation for teaching evidence | 6660.00 |
| 2. | 02/25/04 | Royalties from Michigan Practice Guide - West Group | 268.39 |
| 3. | 03/29/04 | Royalties from Federal Civil Trials and Evidence - West Group | 9,763.50 |
| 4. | 05/20/04 | Rutter Group Seminar in Detroit, Michigan - fee | 750.00 |
| 5. | 06/04 | Royalties from Federal Civil Trials & Evidence | 10,522.00 |
| 6. | 08/26/04 | Royalties from Michigan Practice Guide - West Group | 92.08 |
| 7. | 05/25/04 | Rutter Group Seminar in San Francisco Fee | 500.00 |
| 8. | 05/27/04 | Rutter Group Seminar in Los Angeles Fee | 500.00 |
| 9. | 06/02/04 | Rutter Group Seminar in Seattle, Washington Fee | 750.00 |
| 10. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 5/9/2005 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | 05/20/04 - The Rutter Group | Detroit Rutter Seminar on Federal Trial Practice at Hotel Pontchartrain. |
| 2. | 05/25/04-05/28/04 - The Rutter Group | Travel to San Francisco and Los Angeles California for Rutter Seminar on Federal Trial Practice. Travel expenses reimbursed. |
| 3. | 06/01/04--06/03/04- The Rutter Group | Travel to Seattle Washington for Rutter Seminar on Federal Trial Practice. Travel expenses reimbursed. |
| 4. | 06/06/04-06/09/04 - FJA | Travel to Chicago, Ill to attend Federal Judges Association -National Workshop for Judges. Travel expenses reimbursed |
| 5. | 09/30/04-10/03/04 - George Mason Univesity, Arlington VA | Attend Churchill the Visionary Seminar for Judges. Travel expenses reimbursed. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| ROSEN, GERALD E | | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Comerica Bank - Detroit ● | A | Interest | J | T | | | | | |
| 2. Comerca Bank - Detroit ● | A | Interest | J | T | | | | | |
| 3. MFS Mass Investment Trust | A | None | K | T | | | | | |
| 4. Munder Future Tech | | None | J | T | | | | | |
| 5. Transacanada | | None | J | T | | | | | |
| 6. Cytec Corp | | None | J | T | | | | | |
| 7. UBSPW Cash Fund | | None | J | T | | | | | |
| 8. RS Emeging Growth | | None | J | T | | | | | |
| 9. RS Emergin Growth | | None | J | T | | | | | |
| 10. Fetchomatic Global | | None | J | T | | | | | |
| 11. Raytheon | A | Dividend | J | T | | | | | |
| 12. RMA Money Fund | A | Dividend | J | T | | | | | |
| 13. Bear Stearns S & P | | None | J | T | | | | | |
| 14. MFS Value Fund | A | Dividend | K | T | | | | | |
| 15. Putman Int'l Growth | | None | K | T | | | | | |
| 16. Seligman Global Growth | | None | K | T | | | | | |
| 17. UBSPW Ret Money Fund | | None | K | T | | | | | |
| 18. Activision Inc. | | None | J | T | Buy | 12/13 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Bear Stearns S&P | | None | J | T | | | | | |
| 20. RS Emerging Growth | | None | J | T | | | | | |
| 21. State Street LG Cap | | None | J | T | | | | | |
| 22. Fetchomatic Global | | None | J | T | | | | | |
| 23. UBSPW Ret Money FD | | None | J | T | | | | | |
| 24. Robert W. Baird & Co. Inc. JDR ● | | | | | | | | | |
| 25. Cisco Systems, Inc. | A | None | J | T | | | | | |
| 26. Intel Corp | A | None | J | T | | | | | |
| 27. JR 529 Plan | | | | | | | | | |
| 28. Putnam 529 College Fund | | None | K | T | | | | | |
| 29. Trust No. 1 | | | | | | | | | |
| 30. Haslett Mi Public Schools | B | Dividend | K | T | | | | | |
| 31. Genessee City Mi Bldg. | B | Dividend | K | T | | | | | |
| 32. RMA Money Fund | A | Dividend | J | T | | | | | |
| 33. Renal Care Group Inc. | | | | | Sell | 10/27 | J | C | |
| 34. Agree Realty Corp. | | | | | Buy | 12/13 | J | A | |
| 35. Agrium Inc. | | | | | Buy | 12/13 | J | A | |
| 36. El Paso Electric Co. | | | | | Buy | 12/13 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSEN, GERALD E | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Intuitive Surgical Inc. | | | | | Buy | 12/13 | J | B | |
| 38. MDU Resources Group | | | | | Buy | 12/13 | J | A | |
| 39. Wheaton River Minerals | | | | | Buy | 11/23 | J | A | |
| 40. Natural Resource Part | | | | | Buy | 11/29 | J | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSEN, GERALD E | 5/9/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu[...]                    Date_____ G May '05 _____

NOTE[...] [...]IFIES OR FAILS TO FILE THIS REPORT MAY
BE SU[...] [...] 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AMENDED

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

AO-10
Rev. 1/2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) ROSEN, GERALD E | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 7/29/2005 |
|---|---|---|

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date 11/9/1989 ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address ROOM 802 Theodre Levin Cthse 231 W. LAFAYETTE DETROIT, MICHIGAN 48226-2799 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Federal Judges Association, Washington, D.C. |
| 2. Board of Directors | Focus:HOPE, Detroit, Michigan |
| 3. Board of Advisors | George Washington University Law School, Washington, D.C. |
| 4. Board Of Directors | Wayne County Mediation Tribunal, Detroit, Michigan |
| 5. Board of Directors | Wayne State University Law School |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | The Rutter Group - Publication Agreement dated November 1995. Royalties to be shared by authors in an amount to be determined upon publication. |
| 2. 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |

DISCLOSURE OFFICE FINANCIAL AUG 15 4 19 PM '05 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/03 | Adjunct Professor at Wayne State Law School - compensation for teaching evidence | 6660.00 |
| 2. | 02/25/04 | Royalties from Michigan Practice Guide - West Group | 268.39 |
| 3. | 03/29/04 | Royalties from Federal Civil Trials and Evidence - West Group | 9,763.50 |
| 4. | 05/20/04 | Rutter Group Seminar in Detroit, Michigan - fee | 750.00 |
| 5. | 06/04 | Royalties from Federal Civil Trials & Evidence | 10,522.00 |
| 6. | 08/26/04 | Royalties from Michigan Practice Guide - West Group | 92.08 |
| 7. | 05/25/04 | Rutter Group Seminar in San Francisco Fee | 500.00 |
| 8. | 05/27/04 | Rutter Group Seminar in Los Angeles Fee | 500.00 |
| 9. | 06/02/04 | Rutter Group Seminar in Seattle, Washington Fee | 750.00 |
| 10. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSEN, GERALD E | 5/9/2005 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE**    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | 05/20/04 - The Rutter Group | Detroit Rutter Seminar on Federal Trial Practice at Hotel Pontchartrain. (reimbursement includes meals) |
| 2. | 05/25/04-05/28/04 - The Rutter Group | Travel to San Francisco and Los Angeles Ca for Seminar on Fed Trial Practice. Expenses reimbursed (taxi, food, airfare, car rental) |
| 3. | 06/01/04--06/03/04- The Rutter Group | Travel to Seattle Wa for Rutter Seminar on Federal Trial Practice. Expenses reimbursed food, taxi, hotel, parking, airfare. |
| 4. | 06/06/04-06/09/04 - FJA | Travel to Chicago, Ill to attend FJA -Nat'l Workshop for Judges. Expenses reimbursed hotel, meals, mileage, parking. |
| 5. | 09/30/04-10/03/04 - George Mason Univesity, Arlington VA | Attend Churchill the Visionary Seminar for Judges. Expenses reimbursed airfare, parking, lunch and taxi. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Comerica Bank - Detroit ● | A | Interest | | T | | | | | |
| 2. Comerca Bank - Detroit ● | A | Interest | | T | | | | | |
| 3. MFS Mass Investment Trust | A | None | K | T | | | | | |
| 4. Munder Future Tech | | None | J | T | | | | | |
| 5. Transacanada | | None | J | T | | | | | |
| 6. Cytec Corp | | None | J | T | | | | | |
| 7. UBSPW Cash Fund | | None | J | T | | | | | |
| 8. RS Emerging Growth | | None | J | T | | | | | |
| 9. RS Emergin Growth | | None | J | T | | | | | |
| 10. Fetchomatic Global | | None | J | T | | | | | |
| 11. Raytheon | A | Dividend | J | T | | | | | |
| 12. RMA Money Fund | A | Dividend | J | T | | | | | |
| 13. Bear Stearns S & P | | None | J | T | | | | | |
| 14. MFS Value Fund | A | Dividend | K | T | | | | | |
| 15. Putman Int'l Growth | | None | K | T | | | | | |
| 16. Seligman Global Growth | | None | K | T | | | | | |
| 17. UBSPW Ret Money Fund | | None | K | T | | | | | |
| 18. Activision Inc. | | None | J | T | Buy | 12/13 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Bear Stearns S&P | | None | J | T | | | | | |
| 20. RS Emerging Growth | | None | J | T | | | | | |
| 21. State Street LG Cap | | None | J | T | | | | | |
| 22. Fetchomatic Global | | None | J | T | | | | | |
| 23. UBSPW Ret Money FD | | None | J | T | | | | | |
| 24. Robert W. Baird & Co. Inc. JDR | | | | | | | | | |
| 25. Cisco Systems, Inc. | A | None | J | T | | | | | |
| 26. Intel Corp | A | None | J | T | | | | | |
| 27. 529 Plan | | | | | | | | | |
| 28. Putnam 529 College Fund | | None | K | T | | | | | |
| 29. Trust No. 1 | | | | | | | | | |
| 30. -Haslett Mi Public Schools | B | Dividend | K | T | | | | | |
| 31. - Genessee City Mi Bldg. | B | Dividend | K | T | | | | | |
| 32. - RMA Money Fund | A | Dividend | J | T | | | | | |
| 33. - Renal Care Group Inc. | | None | | | Sell | 10/27 | J | C | |
| 34. - Agree Realty Corp. | | None | J | | Buy | 12/13 | J | A | |
| 35. - Agrium Inc. | | None | J | | Buy | 12/13 | J | A | |
| 36. -El Paso Electric Co. | | None | J | | Buy | 12/13 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.    -Intuitive Surgical Inc. | | None | J | | Buy | 12/13 | J | B | |
| 38.    - MDU Resources Group | | None | J | | Buy | 12/13 | J | A | |
| 39.    - Wheaton River Minerals | | None | J | | Buy | 11/23 | J | A | |
| 40.    - Natural Resource Part | | None | J | | Buy | 11/29 | J | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSEN, GERALD E | 5/9/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____            Date____10 August '05_____

NOTE: AN[...]LLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJE[...].S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544